UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - LN
August 5, 2024 12:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: piw    SCANNED BY:

BRANDON MAURICE HEMPHILL #929500,

    Plaintiff,

Case No. 1:24-cv-00773-SJB

v.

Hon. Sally J. Berens

UNKNOWN TREFIL, et al.,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT REGARDING CONSENT

__✓__ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

____ I request that this case be assigned to a district judge.

Dated: __8-1-2024__          _Brandon Hemphill_
                                             Plaintiff Brandon Maurice Hemphill #929500



Brandon Hemphill #029500
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

United States District Court
113 Federal Bldg
315 W. Allegan St.
Lansing, MI. 48933