UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

BRANDON MAURICE HEMPHILL,

        Plaintiff,

v.

UNKNOWN TREFIL et al.,

        Defendants.
_____/

Case No. 1:24-cv-773

Honorable Sally J. Berens

## ORDER TO PROCEED *IN FORMA PAUPERIS* AND FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff is **GRANTED** leave to proceed *in forma pauperis* (ECF No. 2).

**IT IS FURTHER ORDERED** that any claims Plaintiff brings on behalf of inmate Robert Wright be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint against Defendants Sabec, Sorenson, Thompson, Phillips, Alverez, Cory, and Washington be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the following claims against Defendants Trefil, Garcia, Knapp, Schiebner, and Curtis be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c): (1) Plaintiff's § 1983 official capacity claims; (2) Plaintiff's First Amendment

retaliation claim against Defendant Garcia; (3) Plaintiff's Eighth Amendment claims; and (4) Plaintiff's RLUIPA claims.


Dated:   August 14, 2024                               /s/ Sally J. Berens
                                                                                      SALLY J. BERENS
                                                                                      United States Magistrate Judge