UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRANDON HEMPHILL #929500,

    Plaintiff,

                                    NO. 1:24-cv-773

v

                                    MAG. JUDGE PHILLIP J. GREEN

C/O GARY TREFIL, *et al.,*

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I certify that on **September 16, 2024**, Plaintiff was served with the **LIMITED APPEARANCE OF COUNSEL,** and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

Brandon Hemphill #929500
*In Pro Per*
Lakeland Correctional Facility
141 First Street
Coldwater, MI  49036

                                                 *s/ Alicia Lane*
                                                 ALICIA LANE (P62872)
                                                 Assistant Attorney General
                                                 Corrections Division
                                                 P.O. Box 30217
                                                 Lansing, MI  48909
                                                 LaneA5@michigan.gov
                                                 (517) 335-3055
                                                 P62872

Lane\Mediation Prog\Hemphill – Cert of Service