UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# REPORT FOLLOWING
# PRISONER EARLY MEDIATION

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:24-cv-773-SJB | 12/16/2024 | 1:20 pm – 2:14 pm | Maarten Vermaat |

## CASE CAPTION

| |
|---|
| Brandon Maurice Hemphill #929500 v Unk. Trefil, et al |

## ATTENDEES

| Parties: | On Behalf of: |
|---|---|
| Plaintiff In Pro Per | |
| Tracey Raquepaw | MDOC |

## COUNSEL

| | On Behalf of: |
|---|---|
| Allan Soros | Defendant |

## PROCEEDINGS
Proceeding held by video.

## RESULT

____  **Case Settled in Full**
         Dismissal paperwork to be filed by: _____

  **X**   **Not settled – Mediation completed**


Date:  December 16, 2024                    /s/ *Maarten Vermaat*
                                            **Maarten Vermaat, Mediator**
                                            **United States Magistrate Judge**