**Notice of Lawsuit filed *In Forma Pauperis* in the United States District Court for the Western District of Michigan and Request for Waiver of Service of Summons**

Hemphill #929500 v. Trefil, et al

**FILED - GR**
January 21, 2025 12:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 1/21

To:  A. Knapp, Correctional Officer
     Muskegon Correctional Facility
     2400 S Sheridan Dr.
     Muskegon, MI 49442

Civil Action No. 1:24-cv-773
Judge: Sally J. Berens

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Western District of Michigan and has been assigned the civil action number shown above. This is not a formal summons or notification from the court, but rather a request that you sign and return the waiver of service appearing at the bottom of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of the waiver within **35 days** after the date designated below as the date on which this Notice and Request is sent. We enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of this waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before **60 days** from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, the court will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of the summons set forth below.

This request is being sent to you on behalf of the plaintiff in accordance with 28 U.S.C. § 1915(c), which requires the officers of the court to issue and serve all process in cases in which the plaintiff has been allowed to proceed without prepayment of fees and costs.

**Return signed Waiver of Service to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Rm. 500, Grand Rapids, MI 49503.**

12-26-24
_____
Date of Mailing

U.S. MARSHALS SERVICE
By _____
Civil Process Clerk

**Waiver of Service of Summons**

I, **Allan J. Soros P43702** _____ acknowledge receipt of your request that I waive service of a summons in the above-captioned matter, whose case number is indicated, pending in the United States District Court for the Western District of Michigan. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within **60 days** after the date of mailing that you indicated.

01-21-2025
_____
Today's Date

_____
Signature (If not the defendant, include your title or other relationship)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Notice of Lawsuit filed *In Forma Pauperis* in the United States District Court for the Western District of Michigan and Request for Waiver of Service of Summons

Hemphill #929500 v. Trefil, et al

To:   C. Curtis, Chaplain
      Muskegon Correctional Facility
      2400 S Sheridan Dr.
      Muskegon, MI 49442

Civil Action No. 1:24-cv-773
Judge: Sally J. Berens

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Western District of Michigan and has been assigned the civil action number shown above. This is not a formal summons or notification from the court, but rather a request that you sign and return the waiver of service appearing at the bottom of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of the waiver within **35 days** after the date designated below as the date on which this Notice and Request is sent. We enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of this waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before **60 days** from the date designated below as the date on which this notice is sent.

    If you do not return the signed waiver within the time indicated, the court will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of the summons set forth below.

    This request is being sent to you on behalf of the plaintiff in accordance with 28 U.S.C. § 1915(c), which requires the officers of the court to issue and serve all process in cases in which the plaintiff has been allowed to proceed without prepayment of fees and costs.

Return signed Waiver of Service to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Rm. 500, Grand Rapids, MI 49503.

12/26/24
Date of Mailing

U.S. MARSHALS SERVICE
By _____
Civil Process Clerk

### Waiver of Service of Summons

I, __Allan J. Soros P43702__ acknowledge receipt of your request that I waive service of a summons in the above-captioned matter, whose case number is indicated, pending in the United States District Court for the Western District of Michigan. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date of mailing that you indicated.

01-21-2025
Today's Date

Signature (If not the defendant, include your title or other relationship)

#### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**Notice of Lawsuit filed *In Forma Pauperis* in the United States District Court for the Western District of Michigan and Request for Waiver of Service of Summons**

Hemphill #929500 v. Trefil, et al

To:  Unknown Trefil, Correctional Officer
Muskegon Correctional Facility
2400 S Sheridan Dr.
Muskegon, MI 49442

Civil Action No. 1:24-cv-773
Judge: Sally J. Berens

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Western District of Michigan and has been assigned the civil action number shown above. This is not a formal summons or notification from the court, but rather a request that you sign and return the waiver of service appearing at the bottom of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of the waiver within **35 days** after the date designated below as the date on which this Notice and Request is sent. We enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of this waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before **60 days** from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, the court will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of the summons set forth below.

This request is being sent to you on behalf of the plaintiff in accordance with 28 U.S.C. § 1915(c), which requires the officers of the court to issue and serve all process in cases in which the plaintiff has been allowed to proceed without prepayment of fees and costs.

**Return signed Waiver of Service to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Rm. 500, Grand Rapids, MI 49503.**

12/26/24
Date of Mailing

U.S. MARSHALS SERVICE
By _____
Civil Process Clerk

**Waiver of Service of Summons**

I, Allan J. Soros P43702 _____ acknowledge receipt of your request that I waive service of a summons in the above-captioned matter, whose case number is indicated, pending in the United States District Court for the Western District of Michigan. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within **60 days** after the date of mailing that you indicated.

01-21-2025
Today's Date

Signature (If not the defendant, include your title or other relationship)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Notice of Lawsuit filed *In Forma Pauperis* in the United States District Court for the Western District of Michigan and Request for Waiver of Service of Summons

Hemphill #929500 v. Trefil, et al

To: Jimmy Garcia, Correctional Officer
Muskegon Correctional Facility
2400 S Sheridan Dr.
Muskegon, MI 49442

Civil Action No. 1:24-cv-773
Judge: Sally J. Berens

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Western District of Michigan and has been assigned the civil action number shown above. This is not a formal summons or notification from the court, but rather a request that you sign and return the waiver of service appearing at the bottom of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of the waiver within 35 days after the date designated below as the date on which this Notice and Request is sent. We enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of this waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, the court will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of the summons set forth below.

This request is being sent to you on behalf of the plaintiff in accordance with 28 U.S.C. § 1915(c), which requires the officers of the court to issue and serve all process in cases in which the plaintiff has been allowed to proceed without prepayment of fees and costs.

**Return signed Waiver of Service to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Rm. 500, Grand Rapids, MI 49503.**

12/26/24
Date of Mailing

U.S. MARSHALS SERVICE
By _____
Civil Process Clerk

### Waiver of Service of Summons

I, __Allan J. Soros P43702__ acknowledge receipt of your request that I waive service of a summons in the above-captioned matter, whose case number is indicated, pending in the United States District Court for the Western District of Michigan. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date of mailing that you indicated.

01-21-2025
Today's Date

Signature (If not the defendant, include your title or other relationship)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Notice of Lawsuit filed *In Forma Pauperis* in the United States District Court for the Western District of Michigan and Request for Waiver of Service of Summons

Hemphill #929500 v. Trefil, et al

To: J. Schiebner, Warden
Muskegon Correctional Facility
2400 S Sheridan Dr.
Muskegon, MI 49442

Civil Action No. 1:24-cv-773
Judge: Sally J. Berens

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Western District of Michigan and has been assigned the civil action number shown above. This is not a formal summons or notification from the court, but rather a request that you sign and return the waiver of service appearing at the bottom of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of the waiver within **35 days** after the date designated below as the date on which this Notice and Request is sent. We enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of this waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served upon you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before **60 days** from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, the court will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, require you (or the party on whose behalf you are addressed) to pay the full costs of such service. Please read the statement concerning the duty of parties to waive the service of the summons set forth below.

This request is being sent to you on behalf of the plaintiff in accordance with 28 U.S.C. § 1915(c), which requires the officers of the court to issue and serve all process in cases in which the plaintiff has been allowed to proceed without prepayment of fees and costs.

Return signed Waiver of Service to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Rm. 500, Grand Rapids, MI 49503.

12/26/24
Date of Mailing

U.S. MARSHALS SERVICE
By _____
Civil Process Clerk

### Waiver of Service of Summons

I, **Allan J. Soros P43702** acknowledge receipt of your request that I waive service of a summons in the above-captioned matter, whose case number is indicated, pending in the United States District Court for the Western District of Michigan. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within **60 days** after the date of mailing that you indicated.

**01-21-2025**
Today's Date

Signature (If not the defendant, include your title or other relationship)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.