UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON HEMPHILL #929500,

    Plaintiff,

v.

GARY TREFIL, *et al.*,

    Defendants.

NO. 1:24-cv-773

MAG. JUDGE SALLY J. BERENS

_____

| | |
|---|---|
| Amy V. Doukoure (P80461) | Kristin M. Southerland (P64353) |
| Attorney for Plaintiff | Assistant Attorney General |
| CAIR-MI | Attorney for MDOC Defendants |
| 1905 S. Haggerty Rd., Ste. 5 | Michigan Dept. of Attorney General |
| Canton, MI  48188 | Corrections Division |
| (248) 559-2247 | P.O. Box 30217 |
| adoukoure@cair.com | Lansing, MI  48909 |
| | (517) 335-3055 |
| | SoutherlandK@michigan.gov |

_____/

**STIPULATED ORDER EXTENDING RESPONSIVE
PLEADING DEADLINE**

    Plaintiff and MDOC Defendants Trefil, Garcia, Knapp, Schiebner, and Curtis, through respective counsel, stipulate and agree to the entry of an order extending response to Plaintiff's complaint by thirty (30) days. MDOC Defendants Trefil, Garcia, Knapp, Schiebner, and Curtis will collectively respond and/or answer Plaintiff's Complaint on or before March 26, 2025.

IT IS SO ORDERED.

Dated: February 21, 2025    /s/ Sally J. Berens
                                        Hon. Sally J. Berens
                                        U.S. District Court Magistrate Judge

Stipulated and Approved for Entry:

The parties stipulate and agree to the entry of the above order:

<u>/s/  Amy V. Doukoure (w/ permission)</u>          Dated: February 20, 2025
Amy V. Doukoure (P80461)
Attorney for Plaintiff

<u>/s/Kristin M. Southerland</u>          Dated: February 20, 2025
Kristin M. Southerland (P64353)
Attorney for MDOC Defendants