UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON HEMPHILL #929500,

    Plaintiff,

v.

GARY TREFIL, *et al.*,

    Defendants.

NO. 1:24-cv-773

MAG. JUDGE SALLY J. BERENS

_____

| | |
|---|---|
| Amy V. Doukoure (P80461) | Kristin M. Southerland (P64353) |
| Attorney for Plaintiff | Assistant Attorney General |
| CAIR-MI | Attorney for MDOC Defendants |
| 1905 S. Haggerty Rd., Ste. 5 | Michigan Dept. of Attorney General |
| Canton, MI  48188 | Corrections Division |
| (248) 559-2247 | P.O. Box 30217 |
| adoukoure@cair.com | Lansing, MI  48909 |
| | (517) 335-3055 |
| | SoutherlandK@michigan.gov |

_____/

**STIPULATED ORDER EXTENDING RESPONSIVE
PLEADING DEADLINE**

    Plaintiff and MDOC Defendants Trefil, Garcia, Knapp, Schiebner, and Curtis, through respective counsel, stipulate and agree to extend MDOC Defendants' deadline to respond to Plaintiff's complaint to discuss the possibility of early resolution of the case.  MDOC Defendants' response will now be due on or before May 12, 2025.

IT IS SO ORDERED.


Dated: _____    _____
                                                  Hon. Sally J. Berens
                                                  U.S. District Court Magistrate Judge

Stipulated and Approved for Entry:

The parties stipulate and agree to the entry of the above order:

/s/ *Amy V. Doukoure*                                            Dated: March 24, 2025
Amy V. Doukoure (P80461)
Attorney for Plaintiff

*/s/Kristin M. Southerland*                                   Dated: March 24, 2025
Kristin M. Southerland (P64353)
Attorney for MDOC Defendants