UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON HEMPHILL #929500,

    Plaintiff,

v.

GARY TREFIL, *et al.*,

    Defendants.

NO. 1:24-cv-773

MAG. JUDGE SALLY J. BERENS

---

| Amy V. Doukoure (P80461) | Kristin M. Southerland (P64353) |
|---|---|
| Attorney for Plaintiff | Assistant Attorney General |
| CAIR-MI | Attorney for MDOC Defendants |
| 1905 S. Haggerty Rd., Ste. 5 | Michigan Dept. of Attorney General |
| Canton, MI  48188 | Corrections Division |
| (248) 559-2247 | P.O. Box 30217 |
| adoukoure@cair.com | Lansing, MI  48909 |
| | (517) 335-3055 |
| | SoutherlandK@michigan.gov |

---

## STIPULATED ORDER EXTENDING RESPONSIVE PLEADING DEADLINE

Plaintiff and MDOC Defendants Trefil, Garcia, Knapp, Schiebner, and Curtis, through respective counsel, stipulate and agree to extend MDOC Defendants' deadline to respond to Plaintiff's complaint, which is currently due May 12, 2025, by fourteen (14) days, as they continue to discuss resolution of this case. MDOC Defendants' response will now be due on or before May 26, 2025.

IT IS SO ORDERED.

Dated: _____        _____
                                                 Hon. Sally J. Berens
                                                 U.S. District Court Magistrate Judge

Stipulated and Approved for Entry:

The parties stipulate and agree to the entry of the above order:

/s/ _Amy V, Doukoure_                    Dated: May 9, 2025
Amy V. Doukoure (P80461)
Attorney for Plaintiff

_/s/Kristin M. Southerland_              Dated: May 9, 2025
Kristin M. Southerland (P64353)
Attorney for MDOC Defendants