UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON MAURICE HEMPHILL
#929500,

      Plaintiff,                               Case No. 1:24-cv-00773-SJB

v.                                       Hon. Sally J. Berens

UNKNOWN TREFIL, et al.,

      Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States Magistrate Judge Sally J. Berens, shall be filed with the Court by June 24, 2025.

      IT IS SO ORDERED.

Dated:  May 27, 2025                                           /s/ Sally J. Berens
                                                              SALLY J. BERENS
                                                              U.S. Magistrate Judge