UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON HEMPHILL #929500,

    Plaintiff,

v.

GARY TREFIL, *et al.*,

    Defendants.

CASE NO. 1:24-cv-773

MAGISTRATE JUDGE SALLY J. BERENS

---

| | |
|---|---|
| Amy V. Doukoure (P80461) | Kristin M. Southerland (P64353) |
| Attorney for Plaintiff | Assistant Attorney General |
| CAIR-MI | Attorney for MDOC Defendants |
| 1905 S. Haggerty Rd., Ste. 5 | Michigan Dept. of Attorney General |
| Canton, MI 48188 | Corrections Division |
| (248) 559-2247 | P.O. Box 30217 |
| Adoukoure@cair.com | Lansing, MI 48909 |
| | (517) 335-3055 |
| | SoutherlandK@michigan.gov |

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Brandon Hemphill #929500, through counsel, and Defendants Gary Trefil, Jimmy Garcia, Arthur Knapp, James Schiebner, and Craig Curtis, through counsel, stipulate to dismiss the above-captioned action, with prejudice and without attorney fees and costs to Plaintiff or Defendants, subject to the terms set forth in the settlement agreement. The Plaintiff and the Defendants consider the settlement of this action to be final and closes the case.

**IT IS ORDERED** that the above-captioned action is dismissed, with prejudice and without attorney fees and costs, subject to the terms set forth in the settlement agreement.

1

**IT IS SO ORDERED.**

Dated: May 29, 2025  /s/ Sally J. Berens
Sally J. Berens
United States Magistrate Judge

Stipulated to by:

/s/ *Amy V. Doukoure* w/permission  /s/ Kristin M. Southerland
Amy V. Doukoure (P80461)  Kristin M. Southerland (P64353)
Attorney for Plaintiff  Assistant Attorney General
 Attorney for Defendants

Dated: May 29, 2025  Dated: May 29, 2025

2